**No. 48303.**—Protest 75498–K of Saji Trading Co., Ltd. (Los Angeles).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the pin trays are similar to those the subject of Abstracts 45228 and 47140, the records in

which cases were incorporated herein. In accordance therewith, the claim at 40 percent under paragraph 339 was sustained.